# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| MICHAEL TODD, ADC #093500 | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:17CV00145-JJV |
| WENDY KELLEY, Director | * |
| Arkansas Department of Correction, | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 5th day of July, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE